**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Maribel Woodard v. McDonald's Corporation HK Management, Inc d/b/a McDonald/037097 and Manager, McDonalds Restaurant #307097

Appellate case number:   01-17-00204-CV

Trial court case number:   2013-58383

Trial court:                     269th District Court of Harris County

The Court's May 4, 2017 Order had directed the district clerk to file an indigent clerk's record regarding the "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court" ("Statement"), filed by the appellant, Maribel Woodard. On May 8, 2017, the district clerk filed an indigent clerk's record containing, among other documents, appellant's Statement and an amended Statement, but there was no contest or a trial court's order regarding the Statement/Amended Statement.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's claim of indigence was uncontested and not overruled by the trial court, appellant is not required to pay costs in this appeal. *See id*.

Accordingly, the Clerk of this Court is **ORDERED** to deem the appellant indigent and allowed to proceed without advance payment for purposes of the filing, clerk's, and reporter's record fees. Therefore, the Court **ORDERS** the district clerk and the court reporter, Kathleen Keese, or the substitute reporter, to prepare, certify, and file the appellate record in this appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(b)(1), 34.5(a), (c), 34.6(d). The clerk's and reporter's records must be filed with the Clerk of the First Court of Appeals **within 30 days from the date of this Order**.

It is so ORDERED.

Judge's signature:   /s/ Laura C. Higley

☑ Acting individually     ☐ Acting for the Court

Date: May 11, 2017